**Page 1**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DALON STEVENS,            )
    Plaintiff,           )
  -vs-                       ) No. 13-cv-4446
MICHAEL BUBACZ, Individually,  )
and MICHAEL BUBACZ, as an   )
Employee and Agent of the    )
CHICAGO POLICE DEPARTMENT, and )
the CITY OF CHICAGO, a       )
municipal corporation,       )
    Defendants.          )

The deposition of MICHAEL BUBACZ, called for examination pursuant to the Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions at 77 West Washington Street, Suite 800, Illinois, on the 28th day of July, 2014, at the hour of 10:18 a.m.

Reported by: BRENDA K. DUFEK, CSR
License No.: 084-003969

**Page 2**

1    APPEARANCES:
2    HICKEY, MELIA & ASSOCIATES
3    BY: MR. RICHARD J. HICKEY, JR.
4        MR. THOMAS A. RIECK
5    77 West Washington Street, Suite 800
6    Chicago, Illinois 60602
7    (312) 422-9410
8    rieck@hmklawfirm.com
9        On behalf of the Plaintiff;
10
11   ASSISTANT CORPORATION COUNSEL
12   BY: MR. DANIEL NIXA
13       MS. LINDSAY WILSON GOWIN
14   30 North LaSalle Street, Suite 800
15   Chicago, Illinois 60602
16   (312) 744-7150
17   daniel.nixa@cityofchicago.org
18
19       On behalf of the Defendant,
20       Michael Bubacz.
21
22   ALSO PRESENT:
23       Mr. PJ Gallo - paralegal
24       Hickey, Melia & Associates

**Page 3**

          I N D E X

| WITNESS | EXAMINATION |
|---|---|
| MICHAEL BUBACZ | |
| By Mr. Hickey | 4 |
| By Mr. Nixa | 305 |

E X H I B I T S

| NUMBER | MARKED FOR ID |
|---|---|
| Deposition Exhibit | |
| No. 1 | 115 |
| No. 2 | 166 |
| No. 3 | 176 |
| No. 4 | 206 |
| No. 5 | 247 |
| No. 6 | 249 |
| Nos. 7-9 | 250 |
| No. 10 | 252 |
| Nos. 11-16 | 262 |
| No. 17 | 266 |
| No. 18 | 290 |
| No. 19 | 298 |
| No. 20 (withdrawn) | 299 |
| No. 20 (remarked) | 301 |
| No. 21 | 301 |
| No. 22 | 303 |

**Page 4**

      (Witness sworn.)
      MICHAEL BUBACZ,
called as a witness herein, having been first duly sworn, was examined and testified as follows:
      EXAMINATION
BY MR. HICKEY:
  Q.  Sir, please state your full name and spell your last name for the record.
  A.  Michael Bubacz, B-U-B-A-C-Z.
  MR. HICKEY: Let the record reflect that this is the deposition of Michael Bubacz taken pursuant to notice. It will be taken in accordance with the applicable rules of the Northern District of Illinois and the Federal Rules.
    Before we start, I thought we would clear up a couple of preliminary items. Counsel is here directly for Michael Bubacz; is that correct?
  MR. NIXA: That's correct.
  MR. HICKEY: And counsel for the City is not currently here but has consented for us to go ahead?
  MR. NIXA: That's correct, as far as I

07/28/14 MICHAEL BUBACZ

| | |
|---|---|
| 1  E-track inventory system? | 1  A. Not as far as I know. |
| 2  A. I am. | 2  Q. Prior to that date, had you had any |
| 3  Q. Have you ever been involved in tracing | 3  contact with someone named Donnie Stewart? |
| 4  property that was taken into custody? | 4  A. Not as far as I know. |
| 5  A. Yes. | 5  Q. Had anyone informed you of any Facebook |
| 6  Q. How often are you involved in that? | 6  or Twitter or social media information |
| 7  A. Couple times a week. | 7  concerning Donnie Stewart or Rodney Stewart -- |
| 8  Q. Are you involved with any general or | 8  excuse me, Rodney steward? |
| 9  special orders for the time frame we've been | 9  A. No. |
| 10 discussing concerning administrative disposal of | 10 Q. Had anyone informed you of any social |
| 11 property? | 11 media, Facebook, Twitter, whatever concerning |
| 12 A. I'm not really familiar with it. | 12 Dalon Stevens prior to June 18, 2012? |
| 13 Q. At any time since June 18, 2012, have | 13 A. No. |
| 14 you reviewed any general or special orders | 14 Q. Did anyone inform you of any social |
| 15 concerning crime scene protection and | 15 media information concerning either of those |
| 16 processing? | 16 individuals on June 18, 2012? |
| 17 A. Yes. | 17 A. No. |
| 18 Q. Were you familiar with that general | 18 Q. Has anyone informed you of any social |
| 19 order prior to June 18, 2012? | 19 media information concerning those individuals |
| 20 A. Yes. | 20 after June 18, 2012? |
| 21 Q. And prior to June 18, 2012, were you | 21 A. Yes. |
| 22 familiar with a general or special order | 22 Q. Who? |
| 23 concerning use of deadly force? | 23 MR. NIXA: Just hold on. |
| 24 A. Yes. | 24 MR. HICKEY: If it's your attorney, he can |
| 181 | 183 |
| 1  Q. Were you aware of before June 18, 2012 | 1  say my attorneys, and I'm not going to ask him, |
| 2  a special or general order involving weapon | 2  but if it's not his attorneys -- |
| 3  discharge incidents involving sworn members? | 3  MR. NIXA: What was the question again? |
| 4  A. Yes. | 4  (Whereupon, the record was read |
| 5  Q. Have you reviewed those general or | 5  as requested.) |
| 6  special orders at any time since June 18, 2012? | 6  MR. NIXA: You can answer. |
| 7  A. Yes. | 7  THE WITNESS: My attorneys. |
| 8  Q. Were you aware prior to June 18, 2012 | 8  BY MR. HICKEY: |
| 9  of any general or special order involving | 9  Q. Has anyone other than your attorneys |
| 10 emergency vehicle operations or pursuits? | 10 informed you about any social media information |
| 11 A. Yes. | 11 concerning either Rodney Stewart or |
| 12 Q. Have you reviewed that general or | 12 Dalon Stevens other than your attorneys? |
| 13 special order at any time since then? | 13 A. No. |
| 14 A. Yes. | 14 Q. Have you personally reviewed any |
| 15 MR. NIXA: Do you mind if I take a break. | 15 Facebook, Twitter, or other social media |
| 16 MR. HICKEY: No. | 16 information on either Rodney Stewart or |
| 17 (Whereupon, a short break was | 17 Dalon Stevens? |
| 18 taken.) | 18 A. No. |
| 19 BY MR. HICKEY: | 19 Q. Have you reviewed any summaries of |
| 20 Q. Prior to June 18, 2012, had you ever | 20 Facebook, Twitter, or other social media |
| 21 met an individual known as Dalon Stevens? | 21 information concerning Rodney Stewart or -- |
| 22 A. No. | 22 excuse me, Rodney Stewart or Dalon Stevens? |
| 23 Q. Have you ever had any contact with him, | 23 A. No. |
| 24 as far as you know? | 24 Q. On June 18, 2012, did you report for |
| 182 | 184 |