**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DALON STEVENS, | ) | |
| | ) | Case No. 13 CV 4446 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Hon. Young B. Kim |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

| | |
|---|---|
| /s/ Daniel Hofert<br>Attorney for Plaintiff Dalon Stevens<br>77 West Washington Street, Suite 800<br>Chicago, IL 60602<br>(P) (312) 422-9431<br>DATE: September 1, 2015 | City of Chicago<br>a Municipal Corporation<br><br>Stephen Patton<br>Corporation Counsel<br>Attorney for City of Chicago<br><br>BY: /s/ Matthew Hurd<br>Deputy Corporation Counsel<br>30 N. LaSalle St., Suite 900<br>Chicago, Illinois 60602<br>DATE: September 1, 2015<br><br>/s/ Lindsay Wilson Gowin<br>Assistant Corporation Counsel<br>Attorney for Defendant Michael Bubacz<br>30 N. LaSalle St., Suite 900<br>Chicago, Illinois 60602<br>(312) 744-4647<br>Attorney No. 6284270<br>DATE: September 1, 2015 |